UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Kate Barkman                                                                                    (215) 597-9221
Clerk of Court                                                                    kate_barkman@paed.uscourts.gov

In re: **NORTH AMERICAN DENTAL WHOLESALERS INC. v. DANAHER CORPORATION et al**
02:11-cv-00247

Dear Parties,

I have been contacted by Judge Petrese B. Tucker who presided over the above-mentioned case.

Judge Tucker informed me that it has been brought to her attention that while she presided over the case, her husband owned stock in Danaher Corporation. Her husband's ownership of stock neither affected nor impacted her decisions in this case. However, her husband's stock ownership would have required recusal under the Code of Conduct for United States Judges, and thus, Judge Tucker directed that I notify the parties of the conflict.

Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek, and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge, and it is later learned that the judge was disqualified."

With Advisory Opinion 71 in mind, you are invited to respond to Judge Tucker's disclosure of a conflict in this case. Should you wish to respond, please submit your response on or before October 22, 2021. Any response will be considered by another judge of this court without the participation of Judge Tucker.

Sincerely,
/s/ Kate Barkman
Clerk of Court